No. 11–8009/MC. Frank D. Wuterich, Appellant v. David L. Jones, Lieutenant Colonel, United States Marine Corps, in his official capacity as Military Judge, and United States, Appellees. CCA 200800183. On consideration of Government's motion to correct errata, it is ordered that said motion is hereby granted.

Monday, March 28, 2011

No. 11–0361/AR. U.S. v. Mark C. Chartier. CCA 20100312. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including April 8, 2011, and absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 11–0400/AR. U.S. v. Michael T. McNaughton. CCA 20090596. Appellant's motion to extend time to file the supplement to the petition for grant of review granted, up to and including April 14, 2011.